Herbert Haverhill, Respondent, Appellant, v. International Railway Company, Appellant, Respondent.— Order of dismissal vacated, case restored to calendar upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Michael Nowak, as Administrator, etc., of Frederick Nowak, Deceased, Appellant, v. New York Central Railroad Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Augusta A. Titus, Appellant, v. Morgan J. Titus, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Edward Polle, Plaintiff, v. Mildred Polle, by Her Guardian ad Litem, Mabel Griffith, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

The People of the State of New York, Respondent, v. Edward Jackson, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

George K. Mantz, Respondent, v. George D. Perry, Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers by June tenth and printed briefs by July tenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Edward N. Wilkes and Company, Inc., Appellant, v. LaClede Manufacturing Company and Others, Respondents. Edward N. Wilkes, Appellant, v. LaClede Manufacturing Company and Others, Respondents.— Appeals dismissed unless appellants shall file and serve printed briefs by June first. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Joseph Altman, Respondent, v. R. Gerber & Company, Appellant.— Motion for stay pending appeal denied, upon condition that plaintiff's attorneys within two days stipulate that the fifty dollars imposed as terms may be paid without prejudice to the pending appeal and will be returned in case upon the appeal it is determined that such payment was improperly imposed as terms for permitting the examination to proceed. In case such stipulation is not given, the motion for stay is granted. Defendant is allowed until May twenty-fourth to make the payment. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Adelaide B. Luitwieler, Plaintiff, v. Luitwieler Pumping Engine Company and Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Samuel W. Luitwieler, Plaintiff, v. Luitwieler Pumping Engine Company and Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Marvin C. Bachman, Appellant, v. Doris Bachman McAvoy, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

J. Clifford Ladd, as Sole Administrator, etc., of Anna T. Ladd, Deceased, Appellant, v. The State of New York, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.